UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                              )
MARCO ANTONIO PEREZ-OCAMPO,   )
          Petitioner,         )
                              )    CIVIL ACTION
     v.                       )    NO. 21-12055-WGY
                              )
PLYMOUTH COUNTY SHERIFF       )
DEPARTMENT,                   )
          Respondent.         )
                              )
_____
```

YOUNG, D.J.                                        April 4, 2022

**ORDER**

Petitioner Marco Antonio Perez-Ocampo filed a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on December 15, 2021.  Docket No. 1.  Now before the court is a Notice informing the court that petitioner was returned to Mexico on December 28, 2021.  Docket No. 9.  With its notice, the government files the affidavit of Jennifer Hood, a Deportation Officer for U.S. Department of Homeland Security, United States Immigration and Customs Enforcement, Enforcement and Removal Operations in Burlington, Massachusetts.  Id.  Officer Hood attests that petitioner's final Order of Removal from the United States was effectuated on December 28, 2021, when he was returned to Mexico.  Id.

[2]

As petitioner has been returned to Mexico and is no longer in ICE custody, this action is DISMISSED as MOOT. The Clerk will close the case.

**SO ORDERED.**

                                          /s/ William G. Young
                                          WILLIAM G. YOUNG
                                          UNITED STATES DISTRICT JUDGE